

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00405-CV

IN RE MELISSA DAWSON                                          RELATOR

----------

ORIGINAL PROCEEDING
TRIAL COURT NO. 236-281814-15

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL: SUDDERTH and GABRIEL, JJ.; and CHARLES BLEIL (Senior Justice, Retired, Sitting by Assignment).

DELIVERED: December 1, 2016

---

[1]See Tex. R. App. P. 47.4.